# United States District Court
## For The Western District of North Carolina
## Statesville Division

NELSON E. BROWN,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

CASE NO. 5:08CV23

DR. JOHN E. LATZ, MUNICIPALITY OF
MOORESVILLE, N. C. POLICE DEPT.,
LAKE NORMAN REGIONAL MEDICAL CENTER,
THOMAS MASON, M.D., JASON MUTCH, M.D.,
PAUL DARGE,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2009, Order.

Signed: April 1, 2009

Frank G. Johns, Clerk
United States District Court